Argued and submitted March 31, conviction affirmed; remanded for resentencing May 12, respondent's motion for reconsideration filed July 20 allowed by opinion September 29, 1993
See 123 Or App 432 (1993)

STATE OF OREGON,
*Respondent,*

*v.*

WADE MOORE STEWART,
*Appellant.*

(10-91-06698; CA A74521)

850 P2d 1173

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Edmonds and De Muniz, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Morgan,* 116 Or App 338, 842 P2d 406 (1992), *rev allowed* 315 Or 442 (1993).